ORRICK, HERRINGTON & SUTCLIFFE LLP
DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
1000 Marsh Road Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

BRIGGS M. WRIGHT (*Pro Hac Vice*)
bwright@orrick.com
51 West 52nd Street
New York, NY 10019-6142
Telephone: +1 212 506 5000
Facsimile: +1 212 506 5151

*Attorneys for Defendant/Counterplaintiff
Salvestrin Wine Co., LLC*

DICKENSON, PEATMAN & FOGARTY
PAUL W. REIDL (SBN 155221)
1455 1st St #301
Napa, CA 94559
707-261-7010 x 7210
E-mail: preidl@dpf-law.com

*Attorney for Plaintiff/Counterdefendant
Appellation Trading Company, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **APPELLATION TRADING COMPANY, LLC,**<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>**SALVESTRIN WINE CO., LLC**,<br><br>Defendant/Counterplaintiff | Case No. 3:21-cv-04360-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |

Under Civil Local Rule 6-2, Plaintiff/Counterdefendant Appellation Trading Company, LLC ("Plaintiff") and Defendant/Counterplaintiff Salvestrin Wine Co., LLC ("Salvestrin") stipulate to an extension of the deadline for Opening Expert Reports to April 1, 2022, an extension of the deadline for Rebuttal Expert Reports to May 2, 2022, and an extension of the deadline for the Close of Expert Discovery to May 23, 2022, and request an order granting same.  The requested extension will not impact the rest of the case schedule.

WHEREAS, the initial Case Management Conference in this action was held on September 8, 2021 during which the Court set a deadline for Opening Expert Reports of March 1, 2022, Rebuttal Expert Reports of April 1, 2022, and a deadline for the Close of Expert and Fact Discovery of May 2, 2022 (Docket No. 25).

WHEREAS, the parties engaged in mediation, are meeting and conferring about Plaintiff's responses to Salvestrin's discovery requests in an effort to resolve a discovery dispute, and are in the process of conducting third party discovery;

WHEREAS, in consultation with the mediator, the parties wish to allow time to complete additional fact discovery in an effort to see if further mediation will be productive before engaging in expert discovery;

WHEREAS, the parties submit that judicial economy therefor would be promoted by the proposed extension of the deadlines for Opening Expert Reports, Rebuttal Expert Reports, and the Close of Expert Discovery to allow the parties time to substantially complete fact discovery and to explore resolution of this matter prior to engaging in expert discovery;

WHEREAS, the parties stipulate and request that the current schedule be modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports | March 1, 2022 | April 1, 2022 |
| Rebuttal Expert Reports | April 1, 2022 | May 2, 2022 |
| Close of Fact Discovery | May 2, 2022 | N/A |
| Close of Expert Discovery | May 2, 2022 | May 23, 2022 |

No modifications of the case schedule have been made previously. The requested extension of the deadlines for Opening Expert Reports, Rebuttal Expert Reports, and the Close of Expert Discovery does not impact or alter any other previously set deadlines or the trial date.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: February 1, 2022

DICKENSON, PEATMAN & FOGARTY

By: _____/s/ Paul W. Reidl_____
PAUL W. REIDL
Attorney for Plaintiff/Counterdefendant Appellation Trading Company, LLC

Dated: February 1, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Diana M. Rutowski_____
DIANA M. RUTOWSKI
Attorney for Defendant/Counterplaintiff Salvestrin Wine Co., LLC.

**[PROPOSED] ORDER**

The Court, having considered the parties' Stipulation and [Proposed] Order to Extend Expert Discovery Deadlines, and good cause having been shown, orders that the case schedule set on September 9, 2021 (Docket No. 25) is hereby modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports | March 1, 2022 | April 1, 2022 |
| Rebuttal Expert Reports | April 1, 2022 | May 2, 2022 |
| Close of Fact Discovery | May 2, 2022 | N/A |
| Close of Expert Discovery | May 2, 2022 | May 23, 2022 |

**IT IS SO ORDERED.**

Dated: _____

HONORABLE VINCE CHHABRIA

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Dated: February 1, 2022

*/s/ Diana M. Rutowski*
DIANA M. RUTOWSKI

## CIVIL L.R. 5-1 ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Diana M. Rutowski, attest that concurrence in the filing of the document has been obtained by counsel for Appellation Trading Company, LLC.

Dated: February 1, 2022

*/s/ Diana M. Rutowski*
DIANA M. RUTOWSKI