ORRICK, HERRINGTON & SUTCLIFFE LLP
DIANA M. RUTOWSKI (SBN 233878)
drutowski@orrick.com
1000 Marsh Road Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401

BRIGGS M. WRIGHT (*Pro Hac Vice*)
bwright@orrick.com
51 West 52nd Street
New York, NY  10019-6142
Telephone: +1 212 506 5000
Facsimile:  +1 212 506 5151

*Attorneys for Defendant/Counterplaintiff
Salvestrin Wine Co., LLC*

DICKENSON, PEATMAN & FOGARTY
PAUL W. REIDL (SBN 155221)
1455 1st St #301
Napa, CA 94559
707-261-7010 x 7210
E-mail: preidl@dpf-law.com

*Attorney for Plaintiff/Counterdefendant
Appellation Trading Company, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APPELLATION TRADING COMPANY, LLC,**<br><br>　　　　Plaintiff/Counterdefendant,<br><br>　　v.<br><br>**SALVESTRIN WINE CO., LLC**,<br><br>　　　　Defendant/Counterplaintiff | Case No. 3:21-cv-04360-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |

Under Civil Local Rule 6-2, Plaintiff/Counterdefendant Appellation Trading Company, LLC ("Plaintiff") and Defendant/Counterplaintiff Salvestrin Wine Co., LLC ("Salvestrin") stipulate to an extension of the deadline for Opening Expert Reports to April 29, 2022, an extension of the deadline for Rebuttal Expert Reports to May 27, 2022, an extension of the Close of Fact Discovery to May 27, 2022, and an extension of the deadline for the Close of Expert Discovery to June 10, 2022, and request an order granting same. The requested extension will not impact the rest of the case schedule.

WHEREAS, the initial Case Management Conference in this action was held on September 8, 2021 during which the Court set a deadline for Opening Expert Reports of March 1, 2022, Rebuttal Expert Reports of April 1, 2022, and a deadline for the Close of Expert and Fact Discovery of May 2, 2022 (Docket No. 25);

WHEREAS, on February 4, 2022, the Court set deadlines for Opening Expert Reports on April 1, 2022, Rebuttal Expert Reports on May 2, 2022, and for the Close of Expert Discovery on May 23, 2022 (Docket No. 34);

WHEREAS, the parties engaged in mediation, are meeting and conferring about Plaintiff's responses to Salvestrin's discovery requests in an effort to resolve a discovery dispute, and are in the process of conducting third party discovery and scheduling depositions;

WHEREAS, the parties wish to allow time to complete additional fact discovery in an effort to see if further mediation will be productive before engaging in expert discovery;

WHEREAS, as part of additional fact discovery, the parties wish to conduct depositions prior to further mediation but have experienced delays due to the COVID-19 pandemic;

WHEREAS, the parties submit that judicial economy therefor would be promoted by the proposed extension of the deadlines for Opening Expert Reports, Rebuttal Expert Reports, and the Close of Fact and Expert Discovery to allow the parties time to substantially complete fact discovery and to explore resolution of this matter prior to engaging in expert discovery;

WHEREAS, the parties stipulate and request that the current schedule be modified as follows:

///

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports | April 1, 2022 | April 29, 2022 |
| Rebuttal Expert Reports | May 2, 2022 | May 27, 2022 |
| Close of Fact Discovery | May 2, 2022 | May 27, 2022 |
| Close of Expert Discovery | May 23, 2022 | June 10, 2022 |

The case schedule has been modified once previously. *See* Docket No. 34. The requested extension of the deadlines for Opening Expert Reports, Rebuttal Expert Reports, and the Close of Fact and Expert Discovery does not impact or alter any other previously set deadlines or the trial date.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: March 22, 2022

DICKENSON, PEATMAN & FOGARTY

By: ___*/s/ Paul W. Reidl*___
PAUL W. REIDL
Attorney for Plaintiff/Counterdefendant
Appellation Trading Company, LLC

Dated: March 22, 2022

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ___*/s/ Diana M. Rutowski*___
DIANA M. RUTOWSKI

Attorney for Defendant/Counterplaintiff
Salvestrin Wine Co., LLC.

# [~~PROPOSED~~] ORDER

The Court, having considered the parties' Stipulation and [Proposed] Order to Extend Expert Discovery Deadlines, and good cause having been shown, orders that the case schedule set on February 4, 2022 (Docket No. 34) is hereby modified as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Opening Expert Reports | March 1, 2022 | April 29, 2022 |
| Rebuttal Expert Reports | April 1, 2022 | May 27, 2022 |
| Close of Fact Discovery | May 2, 2022 | May 27, 2022 |
| Close of Expert Discovery | May 2, 2022 | June 10, 2022 |

No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: March 24, 2022                HONORABLE VINCE CHHABRIA



- 4 -

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND DISCOVERY DEADLINES
3:21-CV-04360-VC